IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**LAWRENCE COUNTY SCHOOL DISTRICT**                          **PLAINTIFF**
**OF LAWRENCE COUNTY, ARKANSAS**

v.               **CASE NO. 3:17-CV-00004 BSM**

**MARION MCDANIEL, Individually**
**and as Parent of CM**                                               **DEFENDANT**

**TERRY BELCHER, Superintendent**            **THIRD-PARTY DEFENDANT**

## ORDER

Defendant Marion McDaniel's motion for leave to file a first amended counterclaim and dismiss third party defendant Terry Belcher [Doc. No. 27] is granted. Accordingly, defendant Belcher is dismissed from this action without prejudice.

IT IS SO ORDERED this 19th day of October 2017.

                                                      _____
                                                      UNITED STATES DISTRICT JUDGE