IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**LAWRENCE COUNTY SCHOOL DISTRICT**                                                       **PLAINTIFF**
**OF LAWRENCE COUNTY, ARKANSAS**

v.                              CASE NO. 3:17-CV-00004 BSM

**MARION McDANIEL, Individually**
**and as Parent of CM**                                                                                **DEFENDANT**

# ORDER

Defendant Marion McDaniel's motion to dismiss third-party defendants Johnny Key and the State Board of Education [Doc. No. 14] is granted. Over 90 days have elapsed since McDaniel filed his third-party complaint, and Key and the State Board of Education have not been served. Accordingly, third-party defendants Key and the State Board of Education are dismissed from this action without prejudice. *See* Rule 4(m).

IT IS SO ORDERED this 26th day of October 2017.

_____
UNITED STATES DISTRICT JUDGE