IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

LAWRENCE COUNTY SCHOOL DISTRICT                                  PLAINTIFF
OF LAWRENCE COUNTY, ARKANSAS

v.                      CASE NO. 3:17-CV-00004 BSM

MARION MCDANIEL, Individually
and as Parent of CM                                              DEFENDANT

## JUDGMENT

Consistent with the order entered on this day, the Arkansas Department of Education's administrative order is affirmed, judgment is entered for defendant Marion McDaniel, and this case is dismissed with prejudice.

IT IS SO ORDERED this 30th day of March 2018.

_____
UNITED STATES DISTRICT JUDGE